Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

_____ Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 09 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Sharon DeBose-Jackson

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See attached

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:25-cv-1053-KGB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

This case assigned to District Judge Baker
and to Magistrate Judge Moore

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                     Sharon DeBose-Jackson
Street Address           811 Siebenmorgen Road
City and County          Conway  Faulkner
State and Zip Code       Arkansas  72034
Telephone Number         (501) 467-0677
E-mail Address           Sharondeboose72034@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Dola Hair
Distributor

86-15973156752
rose@dolahair.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Amazon
Seller
440 Terry Ave
Seattle
Washington 98109
(206) 266-1000

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Aibo Cosemetics Co Ltd.
manufacturer
No 933 Guangchan Road
Guangzhou City Baiyun District
Guangdong Province 510550

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.        If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.        If the Basis for Jurisdiction Is Diversity of Citizenship**

1.        The Plaintiff(s)

a.        If the plaintiff is an individual
The plaintiff, *(name)* Sharon Debose-Jackson is a citizen of the State of *(name)* Arkansas .

b.        If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.        The Defendant(s)

a.        If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

## **EACH DEFENDANTS ARE CORPORATIONS**:

1. **DOLA HAIR** IS INCORPORATED UNDER THE LAWS OF THE STATE OF CHINA AND HAS ITS PRINCIPAL PLACE OF BUSNIESS IN THE STATE CHINA OR IS INCORPORATED UNDER THE LAWS OF CHINA AND HAS ITS PRINCIPAL PLACE OF BUSNIESS IN CHINA.
2. **AIBO COSMETICS COMPANY LTD.** IS INCORPORATED UNDER THE LAWS OF THE STATE OF CHINA AND HAS ITS PRINCIPAL PLACE OF BUSNIESS IN THE STATE CHINA OR IS INCORPORATED UNDER THE LAWS OF CHINA AND HAS ITS PRINCIPAL PLACE OF BUSNIESS IN CHINA.
3. **AMAZON** IS INCORPORATED UNDER THE LAWS OF THE STATE OF WASHINGTON AND HAS ITS PRINCIPAL PLACE OF BUSNIESS IN THE STATE WASHINGTON OR IS INCORPORATED UNDER THE LAWS OF WASHINGTON AND HAS ITS PRINCIPAL PLACE OF BUSNIESS IN WASHINGTON.

TO WHOM IT MAY CONCERN: MY NAME IS SHARON DEBOSE-JACKSON I AM A 53-YEAR-OLD BLACK FEMALE, I RESIDE IN CONWAY, ARKANSAS AND HAVE BEEN FOE THE PAST 10 YEARS. THE PURPOSE OF THIS LETTER IS TO TALK ABOUT THE DAMAGE AND TRAUMA I HAVE EXPERIENCED. I ACTUALLY BECAME AWARE OF THE PRODUCT FROM A TIK TOK CONTENT CREATOR AND I BEGIN LOOKING AT ALL THE VIDEOS AND REVIEWS AND DECIDED IT MAY VERY WELL BE GOOD PRODUCT SO I PURCHASED THE PRODUCT FROM AMAZON IN FEBURARY OF 2025 FOR A PARTY I WAS ATTENDING ON MARCH 1ST. I RECEIVED THE PRODUCT FROM AMAZON AND READ THE BOTTLE CAREFULLY I THEN DID A PATCH TEST ON MY ARM THE NIGHT BEFORE AS DIRECTED ON THE BOTTLE AND MY BOYFRIEND AT THE TIME WAS THERE TO WITNESS ALL OF WHAT HAPPENED, I APPLIED THE DOLA HAIR GLUE TO THE FRONT OF MY HEAD AND ON THE SIDES I THEN APPLIED THE WIG AND TIED IT DOWN ALSO AS DIRECTED I THEN LEFT TO GO TO THE EVENT WHICH WAS HELD OUTSIDE IT WAS HOT AND HUMID ON THAT DAY AND MY HEAD BEGAN TO BURN AS I WAS AT THE EVENT I THOUGHT IT WAS FROM THE HEAT OUTSIDE BUT THE BURNING SENSATION BEGAN TO GET OVERWHELMING AND I STARTED TO CRY AND TOLD MY BOYFRIEND THAT WE NEEDED TO LEAVE THE BURNING WAS SO INTENSE I WANTED TO GO TO THE EMERENGY ROOM TO GET HELP BUT MY BOYFRIEND SAID LETS JUST CALL THE HOSPITAL AND SEE WHAT ADVICE THEY COULD GIVE TO KEEP FROM ESTABLISHING A MEDICAL BILL SO I CALLED AND THEY INFORMED ME TO USE ANYTHING SUCH AS OIL OR VASELINE AND I DID THAT IN ORDER TO GET THE WIG OFF, ONCE THE WIG WAS FINALLY REMOVED, I HAD A BAD SCAR AND

SEVERAL BUMPS AROUND MY HAIRLINE AND IT WAS AWFUL ALL WEEKEND I WENT TO SEE MY PRIMARY DOCTOR AND HE DECIDED TO TREAT IT AS ECZEMA AND I WAS GIVEN SOME STEROIDS AND A STEROID INJECTION AND WAS PRECRIBED BETAMETHASONE DIP 0.05% LOTION AND I STARTED TO USE IT IMMEDIATELY SO OVER TIME THE SCAR BEGAN TO NOT HEAL SO MY PRIMARY DOCTOR REFFERED ME TO A DERMATOLOGIST (RUSSELL DERMTOLOGY) I WAS SEEN

BY MRS. RACHAEL CHOATE ON JULY 8TH 2025 AND THEY TOOK PICTURES OF MY INJURY AND I ASKED IF I WOULD CONSENT TO A BIOPSY AND I AGREED AND THE BIOPSY WAS DONE ON THAT

DAY AND THE RESULTS CAME BACK THAT THE DOLA HAIR GLUE CAUSED ME TO HAVE AN CHEMICAL REACTION TO SOMETHING WITH THE DOLA HAIR GLUE AND THAT IN TURN CAUSED ME TO HAVE VITILIGO WHICH IS AN AUTOIMMUNE DISORDER THAT CAUSES THE LOSS OF PIGMENT-PRODUCING CELLS IN THE SKIN, RESULTING IN WHITE PATCHES. THE EXACT CAUSE OF VITILIGO IS UNKNOWN, BUT IS BELIEVED TO BE RELATED TO EXPOSURE TO CERTAIN CHEMICALS, TRAUMA, OR INFECTIONS MAY TRIGGER VITILIGO IN SUSCEPTIBLE INDIVIDUALS. VITILIGO HAS NO CURE SO IM STUCK WITH AN INJURY THAT I WILL HAVE FOR THE REST OF MY LIFE AND IT HAS BEEN LIFE CHANGING I WAS ENGAGED AND MY BOYFRIEND LEFT ME DUE TO ME NOT BEING ABLE TO BE COMFORTABLE OUT IN PUBLIC ANYMORE AND WE WOULD ALWAYS GO ON DATES AND TRIPS AND NOW IM SCARED AND NOT ABLE TO DO THOSE THINGS COMFORTABLY ANYMORE, I AM A GLAMOUR GIRL AND HAVE BEEN ALL MY LIFE FASHION AND BEAUTY IS EXTREMELY IMPORTANT TO ME AND ALWAYS HAVE BEEN I HAVE BEEN MODELING WIGS FROM TEMU ON SOCIAL MEDIA FOR SOME TIME NOW SO THEY IN TURN SEND ME FREE WIGS SCARING BUT MY SKIN IS ACTUALLY STILL PEELING OFF MY HEAD DAILY AND IT ITCHES AND BURNS REALLY BAD, MY LIFE HAS BEEN TOTALLY CHANGED FOREVER AS STATED IN PRIOR PARAGRAPH MY BOYFRIEND CALLED OFF OUR PROPOSAL AND LEFT DUE TO THE WAY I LOOK NOW IVE BEEN HEARTBROKEN SINCE ALONG WITH HAVING CUSTODY OF MY GRANDDAUGHTER WHOM IS 7 YEARS OLD SHE WAS A CHEERLEADER BEFORE ALL THIS BUT IM TO EMBARRASED TO ATTEND PRACTICE AND CHEERING DUE TO THE WAY I LOOK, I ACTUALLY HATE GOING OUTSIDE MY HOME EVERYTIME I WALK OUT OF MY HOME NOW I HAVE TO HAVE ON A HAT OR SCARF TO TRY AND COVER SOME OF THE SCARING AND PEOPLE ALWAYS STARRING AT ME AS IF IM SOME TIME OF SIENCE PROJECT OR SOMETHING UNHUMAN IM DEPRESSED THAT IM NOT ABLE TO DO ALL THE THINGS I ENJOY ANYMORE, IVE EVEN HAD CONSULTATIONS WITH

DOCTORS ABOUT COSMETIC SURGERY TO HAVE SKIN DRAFT DONE TO SEE IF IT WOULD HELP BUT AFTER CAREFULLY CONSIDERING IT, I DECIDED TO NOT TRY IT DUE TO IM NOT WILLING TO PLACE ANOTHER SCAR ON MY BODY NOT ONLY WILL MY HEAD INJURY BE AFFECTED ALSO ILL HAVE ANOTHER PLACE ON MY BODY TO TRY AND HEAL AND AFTER SEEING MY NIECE GET A SKIN DRAFT AND IT LOOKS HORRIBLE IM NOT ABLE TO DEAL WITH ANYMORE PAIN OR TRAUMA, IM VERY DEPRESSED AND EMOTIONAL. I DON'T DRESS UP ANYMORE; I CAN'T WEAR WIGS I LIKE ANYMORE, IM AFRAID TO PUT GLUE, MAKEUP OR ANYTHING ON MY INJURY BECAUSE IM SO AFRAID. I HAVE NOT ONLY ISOLATED MYSELF BUT ALSO MY GRANDDAUGHTER AND THAT HAS CAUSED HER TO BE DEPRESSED AND NOW WERE BOTH RECEIVING COUNSELING THROUGH MENTAL HEALTH. THE MAIN THING I WANT DOLA HAIR GLUE AND AMAZON TO KNOW IS THAT I WAS WRONGED IN THIS CLAIM AND I JUST WANT THINGS TO BE MADE RIGHT AND CONSIDERATION TAKEN TO MY INJURY AND MY LIFESTYLE CHANGE THAT THIS HAS CAUSED ME SO AFTER CAREFULLY THINKING ABOUT HOW THE REST OF MY LIFE WILL BE IM ASKING THREE MILLION DOLARS FOR PAIN AND SUFFERING, TRAUMA, EMBARRASEMENT AND EVEN WHATEVER MEDICATIONS AND OTHER COSEMETIC THINGS I MAY NEED TO ENHANCE THE WAY I LOOK I FEEL LIKE I HAVE LOST EVERYTHING ABOUT MY LIFE THAT I LOVE SO MUCH ALONG WITH THE HEARTACHE AND PAIN OF MY ENGAGEMENT BEING CALLED OFF AND ME BEING LEFT ALONE TO DEAL WITH ALL OF THIS TRAUMA ALONE. THIS DOLA HAIR GLUE NOT ONLY DAMAGED MY HEAD I HAVE 28 OTHER WOMEN WHO HAVE NOW LEFT REVIEWS OF SCARING AND DAMAGES AND PICTURES THAT LEFT THEIR HEADS DAMAGED AS WELL PLEASE THINK ABOUT WHAT YOU WOULD DO IF IT WERE YOUR FAMILY MEMBER THAT'S ALL IM ASKING.

SINCERELY

SHARON DEBOSE-JACKSON

10/06/2025

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/6/25

Signature of Plaintiff

Printed Name of Plaintiff    Sharon DeBose-Jackson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 5 of 5